✎ AO 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the
## NORTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| NICO CURRINGTON ) | Case No: 3:96CR61-02/RV |
| ) | USM No: 04009-007 |
| Date of Previous Judgment: February 20, 1997 ) | Randolph P. Murrell, Federal Public Defender |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of  X the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

X GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of   360   months **is reduced to**   324 months  .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

Previous Offense Level:   40           Amended Offense Level:   38
Criminal History Category:   IV         Criminal History Category:   IV
Previous Guideline Range:   360   to LIFE months   Amended Guideline Range:   324   to 405  months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**

X The reduced sentence is within the amended guideline range.

☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

☐ Other (explain):

**III. ADDITIONAL COMMENTS**


Except as provided above, all provisions of the judgment dated  February 20, 1997  shall remain in effect.
**IT IS SO ORDERED**.

Order Date:   September 12, 2008         /s/ *Roger Vinson*
                                         Judge's signature

Effective Date:                          Roger Vinson, Senior U.S. District Judge
     (if different from order date)                Printed name and title